**Pete WRIGHT, Appellant,**

v.

**Michael GROOSE, Assistant Director, Department of Corrections; Douglas Prudden, Superintendent I of NECC; Joyce Stout, CCW; S. Johnson, COI; Chantay Burks, CST Housing Unit 7; S. Anderson, COI; C. Hartigen, COI; Jim Underwood, CST Officer; Lisa Harris, Functional Unit Manager Housing Unit 1; Joseph B. Tiffany, Functional Unit Manager House Unit 7; Roger Rutledge, Caseworker Housing Unit 6; Unknown Dedrick, COII; Stephen L. Slawson, COIII; Carl Sampson, Caseworker, Housing Unit 7; Rodney Kueffer, Inmate Finance Officer, Appellees.**

No. 01–1226.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 3, 2001.

Decided Oct. 9, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Missouri prisoner Pete Wright appeals from the district court's[1] adverse disposition of his 42 U.S.C. § 1983 action against various prison officials. Having thoroughly reviewed the record, we conclude that the district court properly disposed of Wright's claims.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.